# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JERRELLE WILLIAMS,** *individually and on behalf of himself and others similarly situated current and former employees,* | Case No. 2:24-cv-02190-TLP-tmp |
| Plaintiff, | |
| v. | |
| **MANPOWER US INC.,** d/b/a **EXPERIS US INC.,** and **FIRST-CITIZENS BANK & TRUST COMPANY,** | |
| Defendants. | |

### DEFENDANT MANPOWER US, INC.'S MOTION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED MULTI-PLAINTIFF COMPLAINT

Defendant Manpower US, Inc. ("Manpower") respectfully moves the Court for an extension of time, through and including Tuesday, May 14, 2024, to answer or otherwise respond to Plaintiff Jerrelle Williams's ("Plaintiff") First Amended Complaint. In support of its Motion, Manpower states as follows:

1. Plaintiff filed his Original Multi-Plaintiff Complaint ("Complaint") on March 26, 2024. (Doc. 1.) Plaintiff caused a summons to be issued to Manpower on March 27, 2024. (Doc. 3.)

2. Manpower was served with a summons and a copy of the Complaint on April 2, 2024. However, on April 10, 2024, Plaintiff filed a First Amended Multi-Plaintiff Complaint ("Amended Complaint"). (Doc 7.)

3. Manpower's current deadline to answer or otherwise respond to the Amended Complaint is April 24, 2024. *See* Fed. R. Civ. P. 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.").

4. Despite diligent inquiry, Manpower is in need of additional time to investigate and respond to the allegations in the Amended Complaint. Accordingly, Manpower respectfully requests a 21-day extension of time, through and including May 15, 2024, to answer or otherwise respond to the Amended Complaint.

5. This is Manpower's first request for an extension of time to respond to the original or Amended Complaint.

6. Undersigned counsel for Manpower conferred with J. Russ Bryant, counsel for Plaintiff, via email on April 22, 2024, regarding the relief requested by this Motion. Mr. Bryant informed undersigned counsel that Plaintiff has no objection to the requested extension and will not oppose Manpower's motion.

7. This Motion is made in good faith and is not sought for the purpose of delay. Granting the requested extension will not prejudice Plaintiff.

**WHEREFORE,** Manpower respectfully requests that its time to answer or otherwise respond to Plaintiff's Amended Complaint be extended through May 15, 2024.

Respectfully submitted,

*s/ Matthew G. Gallagher*

Matthew G. Gallagher (TN Bar No. 027242)
LITTLER MENDELSON, P.C.
One Commerce Square
40 South Main Street, Suite 2500
Memphis, TN 38103
Telephone:  901.795.6695
Facsimile:  901.881.4333
Email:  mgallagher@littler.com

*Attorneys for Defendant*
*Manpower US Inc.*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), Matthew G. Gallagher, counsel for Defendant Manpower, consulted with J. Russ Bryant, counsel for Plaintiff, via email on April 22, 2024, regarding the relief requested in the foregoing motion. Counsel for the Plaintiff indicated that the Plaintiff has no objection to the requested extension and will not oppose Manpower's motion.

*s/ Matthew G. Gallagher*

3

## **CERTIFICATE OF SERVICE**

This is to certify that on the 24th day of April, 2024, the undersigned filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the appropriate CM/ECF participant(s), and served via U.S. mail, postage prepaid, as follows:

> Gordon E. Jackson (TN Bar No. 8323)
> J. Russ Bryant (TN Bar No. 33830)
> J. Joseph Leatherwood (TN Bar No. 39490)
> Joshua Autry (TN Bar No. 41423)
> JACKSON SHIELD YEISER HOLT
> OWEN & BRYANT
> 262 German Oak Drive
> Memphis, TN 38018
> Telephone: 901.754.8001
> Fax:  901.754.8524
> Email: gjackson@jsyc.com
>        rbryant@jsyc.com
>        jleatherwood@jsyc.com
>        jautry@jsyc.com
>
> *Attorneys for Plaintiff Jerrelle Williams*

                                     *s/ Matthew G. Gallagher*