IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JERRELLE WILLIAMS, individually,
and on behalf of himself and other similarly
situated current and former employees,

    Plaintiff,

v.

MANPOWER US INC., d/b/a EXPERIS
US INC., and
FIRST-CITIZENS BANK & TRUST COMPANY,

    Defendants.

Case No. 2:24-cv-2190-MSN-tmp
JURY DEMAND

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed March 26, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Joint Motion to Dismiss and Compel Arbitration (ECF No. 14), entered May 21, 2024, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 21, 2024
Date